■ KEVIN E. DELONG, Appellant, v COUNTY OF CHAUTAUQUA, Respondent/Third-Party Plaintiff. RHONDA DELONG, Third-Party Defendant-Respondent. (Appeal No. 1.) [896 NYS2d 917]—Appeal from an order of the Supreme Court, Chautauqua County (Timothy J. Walker, A.J.), entered March 5, 2009 in a personal injury action. The order denied the motion of plaintiff to set aside the verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Scudder, P.J., Peradotto, Lindley and Gorski, JJ.